■ HARRY SWIFT, Doing Business as SWIFT'S SERVICE CENTER, Respondent, v. ANDREW J. DOLFINI, JR., INC., Appellant, et al., Defendants.— Motion by respondent to dismiss appeal from a judgment of the County Court, Orange County, entered May 27, 1963. The appeal was erroneously taken to this court. The Appellate Term of the Supreme Court in the Second Judicial Department is presently vested with the jurisdiction of such appeals from the County Court, Orange County. The motion and the appeal are therefore transferred to said Appellate Term of the Supreme Court (see N. Y. Const., art. VI, § 5, subd. b; § 8, subd. d; order No. 47 of this court, dated July 12, 1962). Beldock, P. J., Christ, Brennan, Hill and Rabin, JJ., concur.

## (January 13, 1964)

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. BENJAMIN BROWN, Defendant.— Motion by defendant to dispense with printing on appeal from an order denying his motion for a transcript of the trial minutes relating to his judgment of conviction. Motion denied; no appeal lies from such an order (see *People* v. *Popolo,* 12 A D 2d 949). Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.